UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-2163

UNITED STATES OF AMERICA

v.

CHELSEA L. YOCUM,

Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cr-00072-2)
District Judge: Honorable William W. Caldwell

Submitted Under Third Circuit LAR 34.1(a)
October 25, 2004

Before: SCIRICA, *Chief Judge*, FISHER and ALDISERT, *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 25, 2004. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction order entered April 17, 2003, be and the same is hereby AFFIRMED. The sentence is hereby VACATED and the case is REMANDED for re-sentencing. All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron, Clerk

Dated: April 7, 2005