```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    :
      Plaintiff
                                              :

      vs.    :  CRIMINAL NO. 1:CR-01-72-02

                                              :
CHELSEA L. YOCUM,
      Defendant    :

## O R D E R

AND NOW, this 11th day of May, 2005, pursuant to the decision of the Third Circuit Court of Appeals, Gerald A. Lord, Esquire, 139 East Philadelphia Street, York, PA 17403, is appointed to represent Defendant in connection with her resentencing.

Resentencing is scheduled for Tuesday, June 28, 2005, at 9:30 a.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                              /s/William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge