UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-01-72-02 |
| | : | |
| v. | : | |
| | : | |
| **CHELSEA YOCUM** | : | |

**ORDER**

AND NOW to wit this _____ day of _____, 2005, it is hereby ordered that the sentencing hearing in the above captioned matter is rescheduled from June 28, 2005, at 9:30 a.m., to the ____ day of _____, 2005, at _____ o'clock a.m./p.m. in courtroom number _____, at which time testimony and/or argument will be heard.

The court grants the motion to reschedule the sentencing hearing with the concurrence of the United States Government.

The Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

By the Court,

Date: _____

_____