```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,          :
      Plaintiff
                                          :

     vs.                           : CRIMINAL NO. 1:CR-01-72-02

                                          :
CHELSEA L. YOCUM,
      Defendant                  :

## O R D E R

AND NOW, this 17th day of June, 2005, upon consideration of defendant's motion for continuance (doc. 197), it is ORDERED that sentencing in this case is continued from June 28, 2005, at 9:30 a.m. to the 9th Day of August, 2005, at 2:00 p.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                             /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge