UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-01-72-02 |
| | : | |
| v. | : | |
| | : | |
| **CHELSEA YOCUM** | : | |

**ORDER**

AND NOW to wit this _____ day of _____, 2005, the court grants the motion to reschedule the sentencing hearing with the concurrence of the United States Government. It is hereby ordered that the sentencing hearing in the above captioned matter is rescheduled from August 9, 2005, at 2:00 p.m., to the ____ day of _____, 2005, at _____ o'clock a.m./p.m. in courtroom number _____, at which time testimony and/or argument will be heard.

The defendant shall be transferred to the Dauphin County Prison, Harrisburg, Pennsylvania, as soon as possible to allow counsel time to meet with the defendant and prepare for sentencing.

The Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

By the Court,

Date: _____

_____J