```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        :
        Plaintiff
                                 :

     vs.                         : CRIMINAL NO. 1:CR-01-72-02

                                 :
CHELSEA L. YOCUM,
        Defendant                :
```

O R D E R

AND NOW, this 8th day of August, 2005, the court grants the motion (doc. 199) to reschedule the sentencing hearing with the concurrence of the United States Government. It is Ordered that the sentencing hearing in the above captioned matter is rescheduled from August 9, 2005, at 2:00 p.m., to the 14th day of September, 2005, at 9:00 a.m. in Court Room No. 1, at which time testimony and/or argument will be heard.

The defendant should be transferred to a local institution as soon as possible to allow counsel time to meet with the defendant and prepare for sentencing.

```
                                    /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge
```