UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:CR-01-72-02 |
| | : | |
| v. | : | |
| | : | |
| CHELSEA YOCUM | : | |

**MOTION TO CONTINUE SENTENCING HEARING**

AND NOW, comes Chelsea Yocum, by and through counsel, and files the within motion to continue the sentencing hearing:

1. Defendant is Chelsea Yocum.

2. By order of court of May 11, 2005, the undersigned counsel was appointed to represent the above mentioned defendant.

3. The defendant's sentencing hearing is currently scheduled for Wednesday, September 14, 2005 at 9:00 a.m.

4. The defendant was transported to the Cumberland County Prison in August 2005.

5. Counsel was away from the office for two weeks in August and numerous legal matters which needed to be addressed immediately upon counsel's return to the office prevented counsel from meeting with the defendant until September 7, 2005.

6. Counsel has learned from meeting with the defendant that there are specific records which still need to be obtained to adequately prepare for the sentencing hearing and counsel has obtained subpoenas and is currently making arrangements to subpoena the appropriate records.

7. Counsel needs to have a follow-up meeting with the defendant to carefully review the results of counsel's investigation and preparation in advance of the sentencing hearing.

8. The undersigned counsel is scheduled to try an attempted murder case in the York County Court of Common Pleas, *Commonwealth v. Mark Gallagher*, and the case may get called in during the week of September 12, 2005.

9. Counsel is requesting an additional fourteen (14) days in order to effectively prepare for the defendant's sentencing hearing.

10. Counsel has contacted Attorney Christy Fawcett, and Attorney Fawcett concurs in the request to continue sentencing.

WHEREFORE, based on the foregoing, it is respectfully requested that this Honorable Court reschedule the defendant's sentencing hearing to a date at least fourteen (14) days after September 14, 2005.

Respectfully submitted,

/s/ Gerald A. Lord

Gerald A. Lord, Esquire
Miller, Poole & Lord, LLP
139 East Philadelphia Street
York, PA 17403
(717) 845-1524
Sup. Ct. I.D. No. 49539

## CERTIFICATE OF CONCURRENCE

I, Gerald A. Lord, hereby certify that my office contacted counsel for the respondent, Christy Fawcett, and Attorney Fawcett concurs in counsel's request for a continuance of the sentencing hearing.

Date: September 7, 2005                                         s/ Gerald A. Lord