**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:CR-01-72-02** |
| | : | |
| **v.** | : | |
| | : | |
| **CHELSEA YOCUM** | : | |

**ORDER**

AND NOW to wit this _____ day of _____, 2005, the court grants the motion to reschedule the sentencing hearing with the concurrence of the United States Government.  It is hereby ordered that the sentencing hearing in the above captioned matter is rescheduled from September 14, 2005, at 9:00 a.m., to the ____ day of _____, 2005, at _____ o'clock a.m./p.m. in courtroom number _____, at which time testimony and/or argument will be heard.

The defendant shall be remain at the Cumberland County Prison until said date in order to continue to prepare for sentencing.

The Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

By the Court,

Date: _____

_____J