IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
       Plaintiff

                          :

       vs.                  : CRIMINAL NO. 1:CR-01-72-02

                          :

CHELSEA L. YOCUM,
       Defendant             :

O R D E R

AND NOW, this 9th day of September, 2005, upon consideration of Defendant's motion to reschedule resentencing (doc. 201), it is ordered that resentencing in the above captioned matter is continued to Wednesday, September 28, 2005, at 10:30 a.m.

The Defendant shall remain at the Cumberland County Prison until said date in order to continue to prepare for sentencing.

                                  /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge