Attn: Clerk of Courts

01-CR-72-02
September, 29th 2005

FILED
HARRISBURG, PA
OCT 3 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

On September 28th, 2005, I, Chelsea L. Yocum, the defendant in case number 01-CR-72-02 was sentenced to 138 months of incarceration. Judge William Caldwell at that time explained to me I had 10 days to appeal said case.

Today, September 29th, 2005, I, Chelsea Yocum am utilizing my right to appeal. I would, at this time, like to appeal case number 01-CR-72-02.

Also, I can't afford an attorney so I will need one appointed to me. Thank you for your time.

address: Chelsea Yocum
10623-067
Pembroke Station
Danbury, CT 06811-3099

Respectfully,
Chelsea L. Yocum
Chelsea L. Y.

Sworn to and subscribed before me this
29 day of September, 2005

Margaret A. Darhower

```
NOTARIAL SEAL
MARGARET A. DARHOWER, NOTARY PUBLIC
CARLISLE BORO, CUMBERLAND COUNTY PA
MY COMMISSION EXPIRES OCTOBER 27 2008
```

NAME Chelsea Yocum L
CUMBERLAND COUNTY PRISON
1101 Claremont Rd.
Carlisle, Pa 17013

HARRISBURG PA 171
30 SEP 2005 PM 1 T

Clerk of Courts
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

17108-0983



USA 37