# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT **MIDDLE DISTRICT OF PENNSYLVANIA**   **HARRISBURG**
(District/State)   (Location)

U.S. TAX COURT [ ]

CIRCUIT COURT DOCKET NO. _____
(Leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

**UNITED STATES OF AMERICA**
**V.**
**CHELSEA L. YOCUM**

DISTRICT or TAX COURT DOCKET NO. **1:01-CR-072-02**

DISTRICT or TAX COURT JUDGE **JUDGE CALDWELL**

FILED OCT 3 2005 PER _____ HARRISBURG, PA DEPUTY CLERK

Notice is hereby given that **CHELSEA L. YOCUM**
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [XX] Judgment

[ ] Order [ ] Other (Specify) _____

entered in this action on **SEPTEMBER 29, 2005**
(Date)

DATED: **OCTOBER 3, 2005**

_____
(Counsel for Appellant-Signature)

**CHELSEA L. YOCUM, PRO SE**
(Name of Counsel-Typed)
**10623-067, PEMBROKE STATION**
**DANBURY, CT 06811-3099**
(Address)

_____
(Counsel for Appellee)

_____
(Address)

(Tel. No. - U.S. Gov't. FTS or Other)    (Tel. No. - U.S. Gov't. FTS or Other)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the notice of appeal sheet.