UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-4468
_____

UNITED STATES OF AMERICA

v.

CHELSEA L. YOCUM,

Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cr-00072-2)
District Judge:  Honorable William W. Caldwell
_____

Submitted Under Third Circuit LAR 34.1(a)
September 13, 2006

Before:  FUENTES, FISHER and McKAY,[*] *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 13, 2006.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 30, 2005, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: September 29, 2006

---

[*]The Honorable Monroe G. McKay, United States Circuit Judge for the Tenth Circuit, sitting by designation.