## SENTENCING TABLE
### (in months of imprisonment)

### Criminal History Category (Criminal History Points)

| Zone | Offense Level | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
|---|---|---|---|---|---|---|---|
| Zone A | 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| | 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| | 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| | 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| | 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| | 6 | 0-6 | 0-6 | 2-8 | 6-12 | 9-15 | 12-18 |
| | 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| | 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| | 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| Zone B | 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| Zone C | 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| | 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| Zone D | 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| | 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| | 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| | 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| | 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| | 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| | 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| | 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| | 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| | 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| | 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| | 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| | 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| | 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| | 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| | 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| | 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| | 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| | 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| | 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| | 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| | 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| | 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| | 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| | 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| | 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| | 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| | 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| | 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| | 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| | 43 | life | life | life | life | life | life |

Mat #40


EXHIBIT
A

# BLACKSTONE CAREER INSTITUTE

### 218 MAIN STREET, P.O. BOX 899, EMMAUS, PA 18049

## Student Transcript

## 31 Lesson Legal Assistant/Paralegal Diploma Program

#### 915 Clock Hours

**Student:** Chelsea Yocum  10623-067
**Address:** FCI Danbury
Pembroke Station
Danbury  CT  06811-3099

**Student Number:** 01009900
**Enrollment Date:** 08/29/2003
**Completion Date:** 10/03/2006

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Volume:  1** | | | ○ Wills - Part I | 12/30/2004 | 95 |
| ○ Introduction to Law | 09/11/2003 | 95 | ○ Wills - Part II | 01/07/2005 | 95 |
| ○ Contracts - Part I | 09/24/2003 | 100 | ○ Trusts | 02/09/2005 | 100 |
| ○ Contracts - Part II | 10/17/2003 | 95 | | | |
| ○ Contracts - Part III | 11/18/2003 | 90 | **Volume:  8** | | |
| | | | ○ Law of Private Corporations | 02/24/2005 | 95 |
| **Volume:  2** | | | ○ Law of Partnerships - Part I | 04/01/2005 | 95 |
| ○ Law of Torts - Part I | 12/18/2003 | 100 | ○ Law of Partnerships - Part II | 05/19/2005 | 95 |
| ○ Law of Torts - Part II | 12/18/2003 | 90 | | | |
| ○ Law of Torts - Part III | 01/26/2004 | 95 | **Volume:  9** | | |
| ○ Law of Torts - Part IV | 02/02/2004 | 95 | ○ Constitutional Law - Part I | 06/02/2005 | 95 |
| | | | ○ Constitutional Law - Part II | 06/15/2005 | 95 |
| **Volume:  3** | | | | | |
| ○ Criminal Law - Part I | 03/17/2004 | 95 | **Volume:  10** | | |
| ○ Criminal Law - Part II | 03/22/2004 | 100 | ○ Constitutional Law - Part III | 09/28/2006 | 100 |
| | | | | | |
| **Volume:  4** | | | **Volume:  11** | | |
| ○ Real Property - Part I | 05/06/2004 | 90 | ○ Legal Research - Part I | 06/21/2006 | 95 |
| ○ Real Property - Part II | 06/16/2004 | 100 | | | |
| | | | **Volume:  12** | | |
| **Volume:  5** | | | ○ Legal Research - Part II | 07/03/2006 | 95 |
| ○ Real Property - Part III | 08/11/2004 | 95 | | | |
| ○ Real Property - Part IV | 08/27/2004 | 100 | **Volume:  13** | | |
| | | | ○ Employability Skills | 08/28/2006 | 95 |
| **Volume:  6** | | | | | |
| ○ Pleadings in Civil Action - Part I | 09/01/2004 | 90 | **Volume:  14** | | |
| ○ Pleadings in Civil Action - Part II | 11/03/2004 | 80 | ○ Ethics For Paralegals | 09/18/2006 | 100 |
| ○ Practice in Civil Actions | 12/06/2004 | 90 | | | |
| ○ Criminal Procedure | 12/17/2004 | 95 | | | |
| | | | | | |
| **Volume:  7** | | | | | |

---

**Student Average:   95.00%    ** FINAL ****

This Document Issued: 10/03/2006

**Blackstone Career Institute**

By: *Valerie L. Behrle B.S., M.Ed.*
Registrar

**EXHIBIT**
*B*

Confers this Diploma of
Legal Assistant/Paralegal

upon

Chelsea L. Borum

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors rights and privileges thereunto appertaining.*

*In Testimony Whereof this recognition of achievement is*

Given this 3rd day of October 2006

_President_

Valerie L. Behnke, B.S., M. Ed.
_Director of Education_



EXHIBIT

C



Certificate of Completion

This is to certify that

Chelsea Yocum

Has successfully completed the requirements of an
Adult Basic Education course in

MICROSOFT OFFICE XP,
WORD AND EXCEL

Hereby issued this 23rd day of March 2007

Dr. W. Jenkins Supervisor of Education

T. Zaborowski ED. Specialist

**EXHIBIT**
D
tabbies

# Certificate of Completion

Presented to

## Chelsea Yocum

For completion of the Non-Residential Drug Abuse
Program at the Federal Correctional Institution,
Danbury, Connecticut, on November 27, 2006

_____
Christianne McGuire, M.C.
Drug Treatment Specialist

_____
Michele D. Walsher, Psy. D
Drug Abuse Program Coordinator



**EXHIBIT**

E



# Certificate of Achievement

This certificate is hereby awarded to

*Chelsea Yocum*

on completing 12 hours of

## BUSINESS STANDARDS

issued this 6th day of March, 2006

Wiley Jenkins, Acting Supervisor of Education

Thomas Zaborowski, A.C.E. Coordinator

EXHIBIT

F

# Certificate of Achievement

*awarded to:*

## Chelsea Yocum

### For Successful Completion of the
8 Session Anger Management Group at
FCI, Danbury, Connecticut.

_Dr. D. Rentler, Staff Psychologist_

August 10, 2006
Date

**EXHIBIT**

G

```
   DANTQ            *        INMATE EDUCATION DATA       *      03-19-2008
PAGE 001            *             TRANSCRIPT             *      08:38:50
PEED
REGISTER NO: 10623-067    NAME..: YOCUM                     FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: DAN-DANBURY FCI

---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
DAN  ESL HAS    ENGLISH PROFICIENT             07-10-2002 1848 CURRENT
DAN  GED HAS    COMPLETED GED OR HS DIPLOMA    08-20-2002 1820 CURRENT

----------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                   START DATE STOP DATE EVNT AC LV  HRS
DAN F      CULINARY ARTS VT PROGRAM      06-28-2007 01-09-2008  P  W  I   990
DAN F      UND COOKING VEGETABLES        12-19-2007 01-09-2008  C  C  P     0
DAN F      BAKESHOP PROD/PRIN/INGREDIENT 11-14-2007 12-18-2007  C  C  P     0
DAN F      UNDERSTANDING COOKING         09-25-2007 11-13-2007  C  C  P     0
DAN F      COOK TOOLS AND EQUIPMENT      08-14-2007 09-24-2007  C  C  P     0
DAN F      SANITATION/SAFETY/REC. & STORE 06-28-2007 08-13-2007 C  C  P     0
DAN F      INMATE REC INSTRUCTOR         05-20-2007 07-05-2007  P  C  P     5
DAN F      CULINARY ARTS EXPLORATORY     06-08-2007 06-22-2007  P  C  E    70
DAN F      CUL.EXPL.DIN.ROOM.ETIQUETTE   06-22-2007 06-22-2007  C  C  P     0
DAN F      CUL.EXPL.SALAD,MAIN ENTREE    06-19-2007 06-21-2007  C  C  P     0
DAN F      CUL.EXPL.SANITATION MAINT     06-14-2007 06-18-2007  C  C  P     0
DAN F      CUL.EXPL.INTRO TO FOOD SERVICE 06-08-2007 06-13-2007 C  C  P     0
DAN F      ACE COMPUTER CLASS-THUR & FRI 12-04-2006 03-22-2007  P  C  P    50
DAN F      ACE BUSINESS STANDARDS        01-30-2006 03-13-2006  P  C  P    12
DAN F      CARDIO AEROBICS               07-03-2006 07-31-2006  P  C  P    16
DAN F      HIGH IMPACT FLOOR EXCERISE    11-05-2005 12-17-2005  P  W  V     1
DAN F      CARDIO AEROBICS               10-03-2005 10-31-2005  P  C  P    14
DAN F      CARDIO AEROBICS               01-03-2005 01-31-2005  P  C  P    14
DAN F      LANDSCAPE APPRENTICESHIP      09-26-2002 11-02-2004  P  C  A  2000
DAN F      CARDIO AEROBICS               09-01-2004 09-29-2004  P  C  P    13
DAN F      GRNHSE BUS                    09-20-2003 11-03-2003  C  C  P     0
DAN F      GRNHSE GRO                    08-17-2003 09-19-2003  C  C  P     0
DAN F      GRNHSE SAF                    07-12-2003 08-16-2003  C  C  P     0
DAN F      VT HORT3                      07-12-2003 11-03-2003  P  C  M   615
DAN F      BEGINNING ABDOMINAL EXERCISES 06-07-2003 07-26-2003  P  W  V     4
DAN F      FLORAL IND                    05-13-2003 07-11-2003  C  C  P     0
DAN F      GREENHOUSE                    04-15-2003 05-12-2003  C  C  P     0
DAN F      GROW PROG                     03-10-2003 04-14-2003  C  C  P     0
DAN F      VT HORT2                      03-10-2003 07-11-2003  P  C  M   615
DAN F      PILATES TONING CLASS          04-03-2003 05-29-2003  P  C  P    13
DAN F      JAZZERCISE CLASS              04-23-2003 06-07-2003  P  C  P    12
DAN F      VT HORT1                      09-24-2002 03-10-2003  P  C  M   615
DAN F      FND OF PLT                    12-02-2002 01-31-2003  C  C  P     0
DAN F      DRUG EDUCATION-40 HOUR        10-24-2002 02-13-2003  P  W  I    15
DAN F      SAFETY 1ST                    09-24-2002 11-27-2002  C  C  P     0
DAN F      HORT EXPLORATORY CLASS        09-19-2002 09-23-2002  C  C  P     0
DAN F      HORT EXPLORATORY CLASS        09-13-2002 09-17-2002  C  C  P     0
DAN F      HORT EXPLORATORY CLASS        09-10-2002 09-11-2002  C  C  P     0
DAN F      VT HORTICULTURE EXPLORATORY   09-10-2002 09-23-2002  P  C  E    70


   G0002      MORE PAGES TO FOLLOW . . .
```



EXHIBIT
H

```
   DANTQ          *         INMATE EDUCATION DATA        *     03-19-2008
 PAGE 002 OF 002 *                TRANSCRIPT             *     08:38:50
 PEED
 REGISTER NO: 10623-067    NAME..: YOCUM                      FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: DAN-DANBURY FCI
```

```
------------------------------ HIGH TEST SCORES -------------------------------
TEST            SUBTEST        SCORE      TEST DATE     TEST FACL   FORM    STATE
ABLE            LANGUAGE        6.8      07-25-2002     DAN
                NUMBER OPR     10.5      07-25-2002     DAN
                PROB SOLV      13.0      07-25-2002     DAN
                READ COMP      13.0      07-25-2002     DAN
                SPELLING       13.0      07-25-2002     DAN
                VOCABULARY     11.7      07-25-2002     DAN
```

```
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```