IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO. 1:CR-01-072-02 |
| | ) | |
| v. | ) | (Judge Caldwell) |
| | ) | |
| **CHELSEA L. YOCUM** | ) | (ELECTRONICALLY FILED) |

### GOVERNMENT'S RESPONSE TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c)

AND NOW comes the United States of America, by its undersigned counsel and submits the following Response to the Defendant's Motion for Relief pursuant to Title 18 United States Code, Section 3582(c), setting forth the following material factors in support thereof:

1. The defendant was previously convicted and sentenced for offenses involving the distribution of cocaine base, also known as crack cocaine.

2. The defendant was originally sentenced to a term of 150 months' imprisonment, which sentence was in the middle of the 135-168 month guidelines imprisonment range that the Court determined applied in this case. That guidelines imprisonment range was based upon the Court's finding that the defendant's offense level was 32 and the defendant's criminal history category was II.  During a *Booker* re-sentencing hearing, the Court re-sentenced the defendant to a term of 138 months' imprisonment, a sentence that was still within the guidelines

imprisonment range of 135-168 months.  No motion for downward departure for substantial assistance was filed in this case.

    3. Following imposition of this sentence, in December 2007, the United States Sentencing Commission enacted an amendment to the sentencing guidelines, Amendment 706, which reduced the guidelines offense level for drug distribution and conspiracy offenses involving cocaine base by two offense levels and further provided that this amendment applied retroactively to defendants who were sentenced before the effective date of this amended guideline.

    4. The defendant has now moved pursuant to Title 18, United States Code, Section 3582(c), for relief in accordance with this amended guidelines provision.

    5. Upon review of the defendant's motion and the underlying facts of this case, the United States agrees that the defendant is entitled to request some relief pursuant to Title 18, United States Code, Section 3582(c) since:

        A. The defendant was convicted and sentenced for drug trafficking involving cocaine base;

        B. The defendant's guidelines imprisonment range and sentence were determined based upon the quantity of drugs involved in this offense; and

  C. The defendant is not a Career Offender, and the sentence imposed in this case is not based solely upon a statutory mandatory minimum.

 6. Pursuant to Title 18, United States Code, Section 3582(c) and Guidelines Amendment 706:

  A. The revised offense level for this defendant appears to be 30.

  B. The defendant's criminal history category remains II.

  C. The revised guidelines imprisonment range is 108-135 months' imprisonment.  However, a mandatory minimum sentence also applies in this case so that the Court must impose a sentence of at least 120 months.

 7. As an aid to the Court, the Probation Department has prepared a brief addendum to the pre-sentence report, confirming the re-calculated guidelines imprisonment range in this case and describing any public safety factors in this case, as well as the defendant's institutional history. The United States submits that with this addendum to the pre-sentence report, the Court can decide the defendant's motion without the necessity of a hearing or the defendant's presence in Court.

8. If, upon favorable consideration of the public safety factors and the defendant's institutional history set forth in the addendum to the pre-sentence report, this Court concludes that a sentencing reduction is appropriate pursuant to the standards of U.S.S.G. § 1B1.10, the United States requests that this Court re-sentence the defendant to a sentence that is commensurate with the sentence originally imposed on the defendant for the guidelines range previously applicable in this case.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

s/Christy H. Fawcett
CHRISTY H. FAWCETT
Assistant U.S. Attorney
PA35067
Christy.Fawcett@usdoj.gov

Dated   05/20/2008

228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR. NO. 1:CR-01-072-02 |
| | ) |
| v. | ) (Judge Caldwell) |
| | ) |
| **CHELSEA L. YOCUM** | ) (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 20th day of May 2008, she served a copy of the attached

**GOVERNMENT'S RESPONSE TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c)**

by electronic means to the email address set forth below.

**Gerald A. Lord, Esquire**
mfishel@mpl-law.com,glord@mpl-law.com


                                                s/Christina L. Garber
                                                CHRISTINA L. GARBER
                                                Legal Assistant