Case 1:01-cr-00072-WWC    Document 229    Filed 05/27/2008    Page 1 of 1

◈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA

MAY 27 2008

United States of America )
v. )
 )  Case No:   1:CR-01-72-2
**CHELSEA L. YOCUM** )  USM No:   10623-067
 )  Gerald A. Lord, Esq.
Date of Previous Judgment: September 28, 2005 )  Defendant's Attorney
(Use Date of Last Amended Judgment if Applicable)

_____, CLERK
Deputy Clerk

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __138__ months **is reduced to** __126 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     32            Amended Offense Level:     30
Criminal History Category:  II            Criminal History Category: II

Previous Guideline Range:  135 to 168 months    Amended Guideline Range: 120* to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):    * 120 months reflects the statutory minimum pursuant to 21 U.S.C. § 841 (b)(1)(A)(iii). The otherwise applicable guideline term would be 108 months.

**III. ADDITIONAL COMMENTS**
We are aware that U.S.S.G. § 1B1.10(b)(2)(B) (Policy Statement) provides that a further reduction is "generally" not appropriate when the original sentence "constituted a non-guideline sentence determined pursuant to 18 U.S.C. § 3553(a) and United States v. Booker, 543 U.S. 220 (2005) . . . ." We are persuaded, however, that 126 months' imprisonment more accurately accounts for the crack-cocaine disparity.

Except as provided above, all provisions of the judgment dated __Sept. 28, 2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 27, 2008                          _William W. Caldwell_
                                                     Judge's signature

Effective Date: _____                William W. Caldwell, United States District Judge
         (if different from order date)              Printed name and title